UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00272-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LORENZO ARELLANES-ARELLANES,
 a/k/a Lorenzo Arellanes,

Defendant.

_____

**ORDER**

_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, November 7, 2007,** and responses to these motions shall be filed by **Friday, November 16, 2007.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, November 26, 2007, at 4:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, December 3, 2007, at 9:00 a.m. in courtroom A-1002.**

-1-

Dated:  September 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge