IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00272-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENZO ARELLANES-ARELLANES,
a/k/a Lorenzo Arellanes

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 31st day of January, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
UNITED STATES DISTRICT COURT JUDGE